

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,038

### EX PARTE REGINALD LAMONT HOOPER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-24533-A IN THE 217TH JUDICIAL DISTRICT COURT
### FROM ANGELINA COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault of a public servant and sentenced to thirty years' imprisonment. The Tenth Court of Appeals affirmed his conviction after remand from this Court. *Hooper v. State*, No. 10-04-00265-CR (Tex. App. – Waco, March 12, 2008).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely advise him of his right to file petition for discretionary review *pro se.* We remanded

this application to the trial court for findings of fact and conclusions of law.

Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely advise him of his right to petition for discretionary review *pro se.* The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Tenth Court of Appeals in Cause No. 10-04-00265-CR that affirmed his conviction in Cause No. CR-24533-A from the 217th Judicial District Court of Angelina County. Applicant shall file his petition for discretionary review with the Tenth Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: November 26, 2008
Do not publish